*Monday, August 10, 1992*
## MISCELLANEOUS DISMISSALS

**92–733.** State v. Estes. *Montgomery County,* No. CA 12662. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.

**92–736.** State v. Woodson. *Lorain County,* Nos. 91CA005120 and 91CA005121. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.

**92–876.** State v. Normand. *Guernsey County,* No. 91–CA–02. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.

**92–1220.** State v. Haynes. *Ashland County,* No. CA–965. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.

**92–1229.** State v. Morales. *Lorain County,* No. 91CA005034. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.

**92–1241.** State v. Sledge. *Summit County,* No. 15293. *Sua sponte,* cause dismissed for want of prosecution, effective August 6, 1992.